UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERNEST JOHNSON**

   Plaintiff,

v.                                       **No. 4:23-cv-00967-P**

**BRAUM'S, INC.**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 20. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Defendant's Motion to Dismiss (ECF No. 13) is **DENIED**. Plaintiff is **ORDERED** to file an Amended Complaint **on or before February 23, 2024** that addresses the issues set forth in the Magistrate Judge's FCR.

   **SO ORDERED** on this **2nd day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE